# MEMORANDA DECISIONS

## CASES WITHOUT OPINIONS

WILLARD SMALL, et als. *vs.* WILLIAM SWEETSER.

Hancock County. Decided April 3, 1912. This was an action of trespass quare clausum for cutting and carrying away certain wood and timber from land claimed by the plaintiffs. The controversy was over the location of the dividing line between the adjoining lots of the parties. The jury returned a verdict for the defendant, and the case comes to the Law Court on a motion to set it aside as against the evidence. Motion overruled. *Elmer P. Spofford,* for plaintiff. *Deasy & Lynam,* for defendant.

FRED T. CARTER *vs.* SEWALL A. POTTER.

Franklin County. Decided April 30, 1913. This is an action of tort, to recover damages for injuries sustained by the plaintiff in being thrown from a wagon, caused, as he claims, by the negligence of the defendant in the management of his automobile. The jury returned a verdict for the plaintiff for $1896. The defendant filed a motion for a new trial. Motion overruled. *H. S. Wing and E. E. Richards,* for plaintiff. *F. W. Butler,* for defendant.